# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10cr18

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MAGDALENO SANTIBANEZ-HERNANDEZ. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Plea Deadline and Notice of Intent to Plead Guilty and Request for Rule 11 Hearing [Doc. 11].

In light of the Defendant's notice of intent to plead guilty without a plea agreement, the Defendant's request for an extension of the plea agreement deadline is moot.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Plea Deadline [Doc. 11] is **DENIED** as moot.

**IT IS SO ORDERED**.

Signed: October 18, 2011

Martin Reidinger
United States District Judge