# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.  CASE NUMBER: 1:10cr18-01

Magdaleno Santibanez-Hernandez

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The North Carolina Department of Corrections and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Magdaleno Santibanez-Hernandez (USM# 18021-058), for a resentencing hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than January 16, 2014, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the North Carolina Department of Corrections.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: December 11, 2013